JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>TYCO HEALTHCARE GROUP LP d/b/a COVIDIEN,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.:<br>CV 11-4203 MRP (AJWx)<br><br>[PROPOSED] FINAL JUDGMENT |

04072.62157/4707200.2

On March 26, 2012, this Court granted the motion of Defendant Tyco Healthcare Group LP d/b/a Covidien ("Covidien") for summary judgment of noninfringement, finding that Covidien did not infringe claims 1, 65, 74, 87, 89 and 90 of U.S. Patent No. RE 42,379, either literally or by application of the doctrine of equivalents (Doc. No. 107) (the "Order").

Accordingly, the Court HEREBY ORDERS, ADJUDGES AND DECREES THAT:

1. Pursuant to the Court's Order, final judgment shall be entered in Covidien's favor as the prevailing party;

2. The Complaint filed by Plaintiff Applied Medical Resources Corporation ("Applied") is dismissed with prejudice and Applied shall recover nothing on its Complaint; and

3. Covidien's First Counterclaim for a declaration of noninfringement is granted and Covidien's Second and Third Counterclaims are dismissed without prejudice by stipulation of the parties.

Because no claims are remaining in this action, the Court expressly directs the Clerk to enter this Final Judgment as set forth above pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATED: April 20, 2012

Mariana R. Pfaelzer
The Honorable Mariana R. Pfaelzer
United States District Judge

04072.62157/4707200.2

| | |
|---|---|
| 1  Stipulated to by: | **QUINN EMANUEL** |
| 2  DATED: April __, 2012 | **URQUHART & SULLIVAN, LLP** |
| 3 | By     */s/ Christopher A. Mathews* |
| 4 | Christoper A. Mathews |
| 5 | Attorneys for Defendant and Counterclaim Plaintiff TYCO HEALTHCARE GROUP |
| 6 | LP D/B/A COVIDIEN |
| 7  Stipulated to by: | **KNOBBE MARTENS OLSON & BEAR** |
| 8  DATED: January 3, 2012 | **LLP** |
| 9 | By     */s/ Joseph F. Jennings* |
| 10 | Joseph F. Jennings |
| 11 | Attorneys for Plaintiff and Counterclaim Defendant APPLIED MEDICAL |
| 12 | RESOURCES CORPORATION |

13121522
041612

04072.62157/4707200.2